IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL W. CAHOON, | ) | |
| Plaintiff, | ) ) ) | NO. 3:21-cv-0235 |
| v. | ) ) ) | JUDGE RICHARDSON |
| PREMISE HEALTH HOLDING CORPORATION, aka PREMISE HEALTH, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss (Doc. No. 8, "Motion"). For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion is **DENIED**.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

1