IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL CAHOON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:21-cv-00235 ) |
| | ) JUDGE RICHARDSON |
| PREMISES HEALTH HOLDING CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff Michael Cahoon and Defendant Premise Health Holding Corporation have filed a "Joint Stipulation for Dismissal with Prejudice" stating that the "action has been settled and all conditions precedent as to the settlement terms have been met." (Doc. No. 45, "Stipulation"). The stipulation requests the dismissal of "this action with prejudice, including all claims and third-party claims…" (*Id.*). Although the parties do not specify the rule under which they seek dismissal, the Court construes the Stipulation as one submitted pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) because it is signed by all parties. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation sufficed to dismiss this case without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice, the dismissal in fact is with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED with prejudice**, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE