# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Michael Cahoon

                Plaintiff,

v.                                    Case No.: 3:21−cv−00235

Premises Health Holding Corporation

                Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/15/2022 re [46].

Lynda M. Hill
s/ Megan Gregory, Deputy Clerk